UNITED. STATES DISTRICT COURT, EASTERN
DIVISION, WILL

DENNIS Taylor, #R68729
- V -
I.A.O.C,
Randy Pfister, Warden-Stateville
Jeffery Hudchison, Warden-Menard
Michael Atchison, Assist-Deputy Dir., "et, all,"
Defendants

1:17-cv-0442
Judge Thomas M. Durkin
Magistrate Judge Sheila M. Finnegan
PC5

NO. _____ RECEIVED

JAN 1 9 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## I. SUPPLEMENTAL COMPLAINT - CLASS ACTION
### PREFERRED

1. This is a civil action authorized by 42 U.S.C
Section 1983 to redress the deprivation, under
Color of State law, of right secured by the
Constitution of the United States. The
Court has juridiction under 28 U.S.C. Sec-
tion 1313 and 1314 (a)(3). Plaintiff seeks de-
claratory relief pursuant to 28 U.S.C. Section
2201 and 2202. Plaintiff Claims for injunc-
tion relief are authorized by 28 U.S.C Sec-
tion 2283 and 2284 Rule 65, and Rule 23
(Class action) Title 28 of the Federal Rule
of Civil Procedural.

2. The Will County District Court of Illinois
is an appropriate venue under 28 U.S.C
Section 139 (b)(2), because it is where the
events given rise to this claim occurred.

### II PLAINTIFF(S)

3. Plaintiff, Dennis Taylor was at time

1

mentioned herein a prisoner of the State of Illinois in the custody of the Illinois Department of Corrections. He is currently confined to Menard Correctional Center in Menard Illinois.

## III   DEFENDANT(S)

4. Defendant Randy Pfister is Warden of Stateville C.C. He is legally responsible for the overall operation of the institution, and for the welfare of all the inmates in Stateville CC, Joliet, Illinois.

5. Defendant Michael Atchison is Assistant Deputy Director of Operations for Illinois Department of Corrections. Upon information and belief, he was the Warden of Menard CC, and originally implemented the Weapon Violator / Staff Assaulters program in question, and therefore, is legally responsible for the treatment of all inmates on said policy that is not rationally related to a legitimate governmental purpose.

2.

6. Defendant Jeffery Hudchison is Warden of Menard C.C. He is legally responsible for the overall operation of the Welfare of all the inmates in Menard C.C., in Menard Illinois.

## III   FACTS

7. On Feb. 5, 2016, plaintiff was released from Stateville's Segregation, and taken to the Clothing room to pick up his institutional clothings. He was told by the Clothing room Sgt. that he is a Weapon Violator/Staff Assaulter, and must wear Strips (black + white). This was the first time plaintiff was told that he was in the above status. He has never been given anything in writing informing him of this policy nor given an opportunity to: Call witnesses, have a hearing or present evidence to Challenge the alleged unconstitutional due process violation in question.

8. On Feb. 6, 2016, plaintiff asked Cell house, Major Tornd and Lt.

Johnson for rules on said policy, and was told that Stateville C.C did not have any. The above officials told plaintiff that he had to write Freedom Of Information Act (F.O.I.A) to possibly obtain Said policy.

9. On there of, May, 2016, after exhausting his institutional remedies concerning above matter, plaintiff wrote F.O.I.A, and was told that the information was not available (see Exhibit O).

10. On June 1, 2016, plaintiff appealed F.O.I.A. decision to the Public Access Counselor, Lisa Madigan's Office (see Exhibit P).

11. On June 30, 2016, above Office ordered I.D.O.C, Joel Siers to forward a un-redacted and confidential copies for her review, within seven (7) business days, (see Exhibit P).

4.

12. On July 13, 2016, Lisa Madigan's Office gave plaintiff an option to reply to the public body's response (see Exhibit Q).

13. On July 20, 2016, plaintiff forward his reply to above Office's review of I.D.O.C-FOIA response, and requested that its Office continue the investigation of said matter, (No copy of letter is available).

14. On October 8, 2016, Lisa Madigan's Office Notified plaintiff that it had received his reply, and a review is currently under consideration, and "Once we issue a determination, we will send a copy to you as well as to IDOC," (See Exhibit R).

15. On Dec. 14, 2016, Menard Administration informed plaintiff, and all Weapon Violator/ Staff Assaulters that our visit room time has been cut from 4 hours to 2 hours,

and it will be held behind
the glass, (NO written Notice was
given).


16. ON Dec. 14, 2016, plaintiff filed
a grievance to Menard Adminis-
tration concerning above matter, and
the response stated, "Adminis-
tration decision," (see Exhibit S).
Plaintiff is currently appealing
it to the Administrative Review
Board (ARB). However, the
initial issue concerning his Wea-
pon Violater/Staff Assaulters Status
has been exhausted, (see Exhibit
Information, paragraphs 1-13 and
23-33 in the original Complaint).
This issue is a Continuation of
the original Complaint. The
totality of Conditions add
up to Create an overall effect
that is unconstitutional.

Whereby, plaintiff requests that
this Supplemental Complaint be
permitted to proceed as a class
action law suit — Not the origi-
nal Complaints.

## IV  HAUSTION OF LEGAL REMEDIES

17.  Plaintiff, Dennis Taylor exhaus-
ted all his prison's grievance pro-
cedures of: Stateville CC, the Ad-
ministration Review Board, and
IDOC-FOIA.

18.  Please revvied Section, III FACTS,
for the exhaustion dates, and the
Exhibit information where the docu-
ments can be found in this petition.
to Verify legal remedies haustion.

## V  LEGAL CLAIMS.

19.  Plaintiff reallege and incorpo-
rate by reference paragraphs 1—13
that:

20.  The Neglect of equal protec-
tion, significant hardship,

7.

and different treatment from other inmates has created a totality of conditions. This violates plaintiff, Dennis Taylor's right, and constitutes cruel and unusual punishment under the Eight and Fourteenth Amendment to the United States Constitution.

21. The plaintiff has no plain adequate or complete remedy at law to redress the wrong described herein, plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this Court grant the declaratory, injunctive, and class action relief which plaintiff seeks.

## VI PRAYER FOR RELIEF

Whereby, plaintiff respectfully prayers that this Court enter judgment granting plaintiff:

22. A declaratory that the acts and omissions described herein

8.

Violated plaintiff's rights under the Constitution and law of the United States.

23. A preliminary and permanent injunction ordering defendants: Warden Randy Pfister, Warden Jeffery Hutchison, and Assistant Deputy Director Michael Allchison to not enforce the Weapon Violator/Staff Assaulters policy, where it is not rationally related to a legitimate government purpose.

24. Compensatory damage in the amount of $5.000 dollars against each defendant, jointly and Severaly Severaly.

25. Punitive damage in the amount of $5.000 dollars against each defendant.

26. A jury trial on all issues triable by jury.

27. Plaintiff's cost in this Suit.

28. Any additional relief this Court deems just, proper, and equitable.

29. Permit plaintiff to have Video/telephone court appearance, and Not be writ to court unless for mandatory appearances.

Date: January 9, 2017
Respectfully Submitted

_____
Plaintiff

#R68729
I.D Number

P.O. Box 1000, Menard, Il, 62259
Address

## VERIFICATION

I have read the foregoing complaint and herein verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me on the
10th day of January, 2017

_____
Notary Public

OFFICIAL SEAL
SHANE W. GREGSON
Notary Public - State of Illinois
My Commission Expires 2/25/2019

10.

UNITED STATES DISTRICT COURT, EASTERN
DIVISION, WILL COUNTY

Dennis Taylor #R68799,
Plaintiff

COMPLAINT
Civil Action
No. _____

v

IDOC,
Randy Pfister, Warden-Stateville
Jeffery Hudchison, Warden-Menard
Michael Atchison, Assi. Deputy Dir., "et, al.",
Defendants

## PROOF OF SERVICE

Plaintiff, Dennis Taylor, hereby Notify
the United States District Court that on
January 9, 2017, he mailed a copy of the
Civil Action Complaint, and Supplemental
Complaint in accord with 42 U.S.C Section
1983, to Illinois Attorney General, Lisa Ma-
dagan, 100 W. Randolph St., Chicago, Il, 60601, and
United States District Court Clerk. Plaintiff de-
posited above Complaints in Menard Corr. Center
mail System, and that First Class postage
has been prepaid.

To:
Office of Clerk of The
United State Disto Court
United States Court House
Chicago, Illinois, 60604

Attorney General,
Lisa madigan
100 W. Randolph
Chicago, Illinois 60601

I, Dennis Taylor, declare under penalty of
perjury that the foregoing is true and correct.

Plaintiff
#R68779
I.D. Number
P.O.Box 1000, Menard, Il 62259
Address
January 9, 2017
Date

DeNNiS Taylor #R68729

COMPLAIT
Cïwil Action
No.

EXHIBITS

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 1/18/2015 | Offender: (Please Print) Dennis Hooker | ID#: R68729 |
|---|---|---|

| Present Facility: Stateville / Seg | Facility where grievance issue occurred: |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☐ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify) emergency

☐ Disciplinary Report: ____/____/____
                        Date of Report                          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I wrote placement and Safe Dealtings(s)
requesting to be moved to another
Cell, because of my Cellie (Peoples
# R15695) Continual threats against
me. But, I have not been moved,
and he is Continually threatening
to harm me.

Relief Requested: Need to be moved as soon
as possible

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature _____  ID# R68729  Date 1/18/2015

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: ____/____/____ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

_____

Print Counselor's Name _____  Counselor's Signature _____  Date of Response ____/____/____

---

**EMERGENCY REVIEW**

| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

Chief Administrative Officer's Signature _____  Date ____/____/____



ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** __Taylor__     __Dennis__     ____     __R68729__
         Last Name            First Name            MI         ID#

**Facility** __Stateville CC__

☒ Grievance: Facility Grievance # (if applicable) __908 not provided__ Dated: __2/8/16__ Correspondence Dated: _____

Received: __3/23/16__     Regarding: __Requests PC__
      Date

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Provide a copy of your Counselor's response.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
           Office of Inmate Issues
           1301 Concordia Court
           Springfield, IL 62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor regarding issue..

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
           319 E. Madison St., Suite A
           Springfield, IL 62706

---

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____.
                         Date

☒ No justification provided for additional consideration.

---

**Other** (specify) __Offender is currently in PC.__

Completed by: __Leslie McCarty__             _(signature)_            _(date)_
              Print Name                Signature

Distribution: Offender
             Inmate Issues           *Printed on Recycled Paper*          DOC 0070 (Rev.4/2013)

Exhibit C

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**    GRIEVANCE OFFICE

| Date: 2/8/2016 | Offender: (Please Print) DENNIS Taylor | FEB 24 2016 | ID#: R68729 |
|---|---|---|---|
| Present Facility: | | Facility where grievance issue occurred: STLE | 908 |

FEB 19 2016

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA   STATE
- [ ] Other (specify):

- [x] Disciplinary Report: ~~1 28, 2016~~  Sterleville, Ticket # 201600323/KSF
  (receive date)  Date of Report    Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):**

I was issued a disciplinary report for fighting (300) with inmate Peoples #K51694, where NO alterca-tion took place - I was assaulted by Peoples. He placed his tan Motor in a pillow case and struck me on the head several times after an argu-ment. He told me that if I told the police what happened, he would have his mob put a hit on me. I was rushed to an outside hospital, and had 38 staples put in my head (OVER)

Relief Requested: ____(Request on Back side)____

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____    R68729    2 8 2016
Offender's Signature    ID#    **RECEIVED**
   (Continue on reverse side if necessary)
   MAR 2 3 2016

| **Counselor's Response (if applicable)** | |
|---|---|
| Date Received: 3/17/16 | [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

ADMINISTRATIVE
REVIEW BOARD

Response: Offender Peoples has been added to your KSF list. You are currently group 4 P.C.

T. Butler    J. Butler    3/17/16
Print Counselor's Name    Counselor's Signature    Date of Response

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: ___/___/___ | Is this determined to be of an emergency nature?   [ ] Yes; expedite emergency grievance   [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
| | ___/___/___ |
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender    Page 1    Exhibit R    DOC 0046 (8/2012)
   Printed on Recycled Paper

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE (Continued)**

I did not tell Stateville officials about the
assault until several weeks later, because
I feared for my life. I had to sign
into P.C. because after I revealed the
assault to officials, my life has been constantly
threaten by People's Mob.

Relief Requested: To have the assault
offense placed in People's file to make the
institution aware of his violent Nature,
and get approved for P.C. because after
I revealed the assault to officials, my
life has been constantly threaten by his mob.

————— END OF REPORT —————



# ILLINOIS DEPARTMENT OF CORRECTIONS
## HEARING OF ADMINISTRATIVE REVIEW BOARD

*DATE OF HEARING*: April 20, 2016

*INSTITUTION:* Stateville Correctional Center

*GRIEVANT NAME*: Dennis Taylor, Register No. R68729      X - U E -08

*BOARD MEMBERS PRESENT*: Sarah Johnson, Administrative Review Board Chairperson, Office of Inmate Issues, Department of Corrections.

Grievant was personally interviewed by the Administrative Review Board. All information submitted to the Board by the Grievant, and the institution related to the issue being grieved, was reviewed. Issues warranting further action / consideration were discussed with the Stateville Correctional Center administration.

Nature of Grievance: Inmate Taylor is grieving denial of Protective Custody.

Findings: The Board notes the inmate is currently serving a Life sentence for Murder, 28 years for Aggravated Unlawful Restraint. Records reflect an admission date of February 25, 2008.

Grievant has been housed at the Stateville Correctional Center since February 25, 2008. No affiliation with STG is noted. The grievant has one offender listed as keep separate from at Stateville.

The Board reviewed the Protective Custody Status sheet dated January 6, 2016. Grievant requested Protective Custody stating: "I was in an argument with my cellmate, Peoples, when he called me a bitch then I told him he was acting like a bitch. He took his disconnected fan motor and put it in a pillow case and hit me on the head several times. I attempted to grab the pillow case so he would not hit me again, and he struck me again on the head. I felt the deep cuts on my head and told him I needed to go to the hospital and I was going to report it to the officials. He told me if I did he was going to have his mob put a hit on me. I was rushed to the outside hospital and had 38 staples put in my head."

In accordance with DR501, Stateville Correctional Center conducted a review of the offender's PC request. Upon completion of the review it was recommended to which the CAO concurred with the denial for Protective Custody placement on February 24, 2016.

Inmate's statement to ARB: In November, 2015 he and his cellie argued and he was assaulted by Offender Peoples. Offender Peoples said he would tell his "mob" to put a hit on him if he told what happened. He (Peoples) told him to say he fell and he did. After being placed in the hospital, he was placed in segregation and received a ticket. Later his ticket was expunged. He states Esteel in F house told him where ever he (Taylor) goes carry out a hit on him. He stated while in the healthcare unit Spree told him "we got something for you when you get to general population".

This office notes Offender Peoples is on Offender Taylor's keep separate from list. There is no verification to indicate an additional issue.

Recommendations: Based on a review of all information, it is the opinion of the Board that there is not sufficient information to warrant the offender's retention in Protective Custody and therefore should be released to general population.

*FOR THE BOARD:*_____
Sarah Johnson
Administrative Review Board Chairperson
Office of Inmate Issues

*CONCURRED:*_____
John R. Baldwin
Acting Director

cc:  Warden, Stateville Correctional Center
     Dennis Taylor, Register No. R68729

Exhibit B

C

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

X-UE-7

| Date: 4/27/2016 | Offender: (Please Print) Dennis Taylor | ID#: R68729 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation
☐ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☐ HIPAA
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify): Continued P.C.

☐ Disciplinary Report: _____/_____/_____ _____
                Date of Report                     Facility where issued

**Note:**   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
     **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
     **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
     **Chief Administrative Officer,** only if EMERGENCY grievance.
     **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
     administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
     Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):

When I was interviewed by I.A and the
Administration Review Board, I informed them
of the inmates (Esfeelt Guerrilla) whom
threaten to harm me when they catch
up with me. Because, I informed I.A.
that one of their mob Members (Peoples)
assaulted me, and caused me to go to
the outside hospital to get 38 staples
in my head. (Continue on back)

**Relief Requested:** (Relief requested also on back)

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____    R68729    4/27/2016
     Offender's Signature            ID#          Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

| Date Received: 5/5/16 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: Once P.C. decisions reach the A.R.B
it is out of the institution's jurisdiction.

T. Butler-Winters          J. Butler-U___      6/6/16
Print Counselor's Name              Counselor's Signature         Date of Response

---

**EMERGENCY REVIEW**

| Date Received: _____/_____/_____ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

_____           _____/_____/_____
Chief Administrative Officer's Signature          Date

Printed on Recycled Paper      Exhibit C

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

I was denied protective Custody by I.A.
and A.R.B. I have an appeal/grievance
pending with the A.R.B. Concerning per-
manent P.C. I am Currently iN
black + white. Esteel is also iN
Strips, and is housed iN F-house
alone with Guerrilla + Peoples a. I.A.
does not Note Neither Esteel Non
Guerrilla on my Keep Separate list,
and there's a chance that I may
Come iN Con-tack with either of them
when I go to F-house.
Relief Requested: That I be held
iN P.C. until my grievance Concerning
protective Custody is ruled on by
Springfield or the Court.
—————— END of Report ——————

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 5/1/2016 | Offender: (Please Print) DENNIS TAYLOR | ID#: R68729 GRIEVANCE OFFICER |

| Present Facility: Stateville | Facility where grievance issue occurred: MAY 0 4 2016 |

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ ADA Disability Accommodation
☐ Staff Conduct  ☐ Dietary  ☐ Medical Treatment  ☐ HIPAA
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator  ☒ Other (specify) Safety Conditions

☐ Disciplinary Report: ___/___/___
   Date of Report                Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer,** only if EMERGENCY grievance.
   **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):** Warden Randy Pfister

I was assaulted by my cellmate, Peoples #K51695 on 11/27/2015 in F-house, Cell #154. I was taken to the outside hospital, and received 38 staples in my head. Peoples threatened that if I told the police about what happened, he would have his mob (God's) hit me. I informed I.A. (weeks later) of the assault, and after Peoples was questioned about it, he told his mob that I snitched on him. (continue on back)

**Relief Requested:** (on back)

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____ Offender's Signature    R68729 ID#    5/1/2016 Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____        _____   ___/___/___
Print Counselor's Name              Counselor's Signature      Date of Response

**EMERGENCY REVIEW**

Date Received: 5/4/16    Is this determined to be of an emergency nature?  ☐ Yes; expedite emergency grievance
   ☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____ Chief Administrative Officer's Signature    5/5/16 Date

Distribution: Master File; Offender    Page 1 Exhibit A    DOC 0046 (8/2012)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

I was told by Peoples, Estelle, and Guerrell or
(G.D.'s), while in Segregation, that when they
catch up with me, they will harm me. The
Administration Review Board, and I.A. have been
made aware of the threats. On April 29, 2016,
while I was being transferred from X-house
(P.C.) to F-house, Peoples was in F-house
holding cage. When he saw me, he told me
that he was going to finish where he left
off, and if he don't get the chance, he
will, for snitching on him. Since then
I was told by G.D. mob members (G-Ball,
Black Tone, + Whan that they knew I snitched
on Peoples, and after they're done with me, I
won't be able to snitch on anyone else. The
above G.D.'s are Strippers (except Peoples) and
since I'm a stripper too, we come in contact
with one another when we go to the dayroom,
room, yard, + Commissary. They told me
that Since I am a need, the best thing I could do before they kill
me, is to sign into P.C., where my killers
believe, I come in contact with these
G.D. Strippers daily. These inmates have
a history of keeping deadly weapons and
assault. I have been placed directly in
contact with the G.D. mob when threaten
to kill me.
**Relief Requested:** To be placed
immediately into protective custody.
———— END OF REPORT ————



Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

Stateville Correctional Center
Route 53, P.O. Box 112 • Joliet, IL 60434 • (815) 727 -3607 TDD: (800) 526-0844

June 14, 2016

**Inmate: Dennis Taylor- R68729- X-UW-07**

**RE: Inmate Issues- P.C**

Dear Mr. Taylor:

Your recent correspondence to the Director's Office regarding several issues or concerns has been forwarded to me for response. Your concerns have been reviewed and referred to the appropriate individuals for resolution.

The safety and security of offenders, staff and the general public is of utmost importance to everyone within the department. Therefore policies and procedures have been implemented with that goal in mind.

You currently are celled in Protective Custody and awaiting the decision of the Administrative Review Board as to whether a verifiable need exists for you to remain in PC status. Please continue to follow the 504 procedure with regard to this matter.

I trust this is responsive to your request.

Sincerely

Randy Pfister
Warden

RP/jal

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Exhibit D





ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _Taylor_ _Dennis_ _R68729_
                Last Name            First Name       MI       ID#

Facility: _Stateville_

☒ Grievance: Facility Grievance # (if applicable) _NOT PROVIDED_ Dated: _5/1/16_ or ☐ Correspondence: Dated: _____

Received: _5/6/16_ Regarding: _PC - Has safety concerns against_
        Date                          _Offender Peoples_
                                               _K51695_

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
                    Office of Inmate Issues
                    1301 Concordia Court
                    Springfield, IL 62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
                319 E. Madison St., Suite A
                Springfield, IL 62706

---

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____.
                                Date

☐ No justification provided for additional consideration.

---

Other (specify): _Offender needs to contact his counselor and_
_T/A regarding protective custody issues_

Completed by: **Leslie McCarty**                 _Leslie McCarty_          _6/3/16_
                 Print Name                             Signature              Date

Distribution: Offender                  Printed on Recycled Paper         _Exhibit E_        DOC 0070 (Rev.4/2013)
              Inmate Issues

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 5/1/2016 | Offender: (Please Print) Dennis Taylor | ID#: R68729 |

| Present Facility: | Facility where grievance issue occurred: |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation
☐ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☐ HIPAA
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☒ Other (specify) Scotch Condoliban, PBC.

☐ Disciplinary Report: ____/____/____
     Date of Report            Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Director John Baldwin, I was assaulted by my Cellmate, Peoples #K51695 on 11/27/2015 in F-house, Cell #154. I was taken to the out side hospital, and received 38 staples in my head. Peoples threaten that if I told the police about what happened, he would have his mob (BoA's) kill me. I informed I.A. weeks later of the assault, and after Peoples was questioned about it.

**Relief Requested:** (Continue on additional pages)
(page 1)

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Taylor_        R68729    5, 1, 2016
Offender's Signature          ID#           Date
(Continue on reverse side if necessary)

RECEIVED

| **Counselor's Response (if applicable)** | MAY 0 6 2016 |

Date Received: ____/____/____    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

ADMINISTRATIVE REVIEW BOARD

Response: _____

_____

_____

_____

Print Counselor's Name          Counselor's Signature          Date of Response

| **EMERGENCY REVIEW** |

Date Received: ____/____/____    Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature          Date

Distribution: Master File: Offender      Page 1    Exhibit E    DOC 0046 (8/2012)

he told me that I snotched on him. I was told by Peoples, Estelle + Gurrella (God's), while in Segregation, that when they catch up with me, they will ~~brutally~~ harm me. The Administration from Review Board, and I to have been informed of the threats. On April 29, 2016, while I was being transferred from X-house (P.C) to F-house, Peoples was in F-house holding cage. When he saw me, he told me that he was going to finish where he left off, and if he don't get it done, his mob will, for snotching on him. Since then I was told by God's mob members: G.Ball, Big Tone, + Wham that ~~they~~ they know I snotched on Peoples, and after they're done with me, I won't be able to snitch on any one else. The above God's are ~~stripers~~ (except Peoples + Gurrella) and since I am a striper too, we come in contact with one another when we go ~~to the~~ dinning room, yard, + Commissary. They told me that since I am a neutrone (not affiliated) the best thing I could do before they kill me, is to sign into P.C., where my kind belong. People and his mob have continuously threaten to harm me.

RECEIVED
MAY 0 7 2016
ADMINISTRATIVE
REVIEW BOARD

EXHIBIT E

(2) [Continual grievance]

· Court Citations that Supports
My Protective Custody Claim

My request for protective custody
is invoked by the Supreme Court of
the United States 8th Amendment
under the deliberate indifference
rule, Farmer v Mr. K Brennan, 511 U.S.
825 (1994). The Court ruled that
"A prison official's duty under the
8th Amendment is to ensure "reasonable
Safety" See also Helling v McKenney,
505 U.S. 25 (1993). "Deliberate in-
difference does not require a pri-
soner Seeking "a remedy from unsafe
unsafe conditions to await a tra-
gic event Such as an actual assault
before obtaining relief." Also, "Nor can
may a prison official escape lia-
bility for deliberate indifference
by showing that, while he/she was
aware of an obvious substantial
risk to inmate's safety, he/she
did not know that the Complainant
was especially likely to be assaulted
by the specific prisoner who even-
tually committed the assault."

RECEIVED

MAY 0 3 2016

ADMINISTRATIVE (3) [Continual grievance]

"The question under the 8th Amendment is whether prison officials acting with deliberate indifference, exposed a prisoner to sufficiently substantial "risk of serious damage to his future health." Helling at 55.

Stateville officials are aware that a GoD mob member (Peoples) assaulted me. The Institution and I.A. have been given additional names of GoA's whom continue to threaten my life. A number of them are Strikers, and I come in daily contact with them. These inmates have a history of assaults, and often get tickets for deadly weapons. I have been placed directly in contact with these inmates.

Relief Requested: To be placed in permanent protective custody.

I, Dennis Tyler declare under penalty of perjury that the foregoing is true and correct.

Inmate/Complainant
R68729
T.D. Number
P.O. Box 112, Joliet IL 60434
Address

CC:
Governer Bruce Rauner
IA. Supervisor Turner
IA. Supervisor Sullivan
L.O. Brown
Placement Officer
K. Rabedeau
personal file

RECEIVED
MAY 06 2016
ADMINISTRATIVE REVIEW BOARD

EXHIBIT E

(4) [Continual grievance]



Bruce Rauner
Governor

John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

June 15, 2016

Dennis Taylor
Register No. R68729          X - UW - 0 7
Stateville Correctional Center

Dear Mr. Taylor:

This is in response to your recent request for Protective Custody placement. In accordance with DR501D, the Stateville Correctional Center administration notified you your request for protective custody was denied May 12, 2016. This office has determined the issue will be addressed without a formal hearing.

Prior reviews have been conducted by the Administrative Review Board relative to the denial of protective custody placement while at the Stateville Correctional Center. The Director denied the requests for protective custody placement each time.

In your recent request dated May 2, 2016, you state on 11/27/15 you were assaulted by your cellmate Peoples K51695. You state Peoples threatened that if you told the police he would have his mob (GD's)hit you. This is essentially the same reason as in the past requests; which was not confirmed.

In reviewing all the materials as well as information provided by the Stateville Correctional Center, I find no new information which would warrant a reconsideration of the past Administrative Review Board hearings.

There is no information to support the allegation of safety concerns. Offender Taylor has spent less than 30 days in general population since his last protective custody review April 20, 2016 as Offender signs back in upon release with no additional concerns or information being provided.

Therefore, this office recommends Offender Taylor request for Protective Custody placement be denied and he be returned to general population.

FOR THE BOARD: _Debbie Knader_

Debbie Knader
Administrative Review Board
Office of Inmate Issues

CONCURRED: _John R. Baldwin_

John R. Baldwin
Acting Director

cc:    Warden, Stateville Correctional Center
       Taylor, Dennis Register No. R68729

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc          Exhibit F

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

G

**Offender:** _Taylor_ _Dennis_ ___ _R18729_
Last Name       First Name       MI       ID#

**Facility:** _Stateville_

☒ Grievance: Facility Grievance # (if applicable) _PROVIDED_ ~~NOT~~ Dated: _7/12/16_ _7/2/16_ or ☐ Correspondence: Dated: ____

Received: _8/1/16_ Regarding: _Safety &Security - Receiving Threats from Inmate Peoples_
Date

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal. **IF TIMELY**

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
     Office of Inmate Issues
     1301 Concordia Court
     Springfield, IL 62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
     319 E. Madison St., Suite A
     Springfield, IL 62706

---

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☑ Not submitted in the timeframe outlined in Department Rule 504; **therefore, this issue will not be addressed further.**

☐ This office previously addressed this issue on ____.
         Date

☐ No justification provided for additional consideration.

---

**Other** (specify): _Grievances dated 1/18/15 a 2/8/16 are 60 days past time frame without facility responses_

Completed by: _Leslie McCarty_      _Leslie McCarty LM_      _8/4/16_
Print Name          Signature          Date

Distribution: Offender      *Printed on Recycled Paper*      DOC 0070 (Rev.4/2013)
         Inmate Issues

Exhibit 6

filed Copy

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 7/2/16 | Offender: (Please Print) Dennis Taylor | ID#: R68729 |
|---|---|---|
| Present Facility: Stateville CC | Facility where grievance issue occurred: | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation
☐ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☐ HIPAA
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☒ Other (specify) *unanswered grievance*

☐ Disciplinary Report: _____/_____/_____
Date of Report     Facility where issued

AUG 01 2016

ADMINISTRATIVE
REVIEW BOARD

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    **Chief Administrative Officer,** only if EMERGENCY grievance.
    **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

To Administration Review Board: I Sub-
mitted a grievance to F-house Counselor
on 1/18/15 that Complained about Sgt.
Deathrow and placement not responding
to my request to be moved out of
the Cell with Inmate Peoples #K51695,
after he had threaten to harm me
Several times. After Not receiving
a respond to Said grievance ( Continue
on
back )

**Relief Requested:** _____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____Taylor_____    R68729    7, 2, 16
Offender's Signature     ID#     Date
(Continue on reverse side if necessary)

| **Counselor's Response** (If applicable) | | |
|---|---|---|
| Date Received: _____/_____/_____ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL. 62794-9277 |
| Response: _____ | | |

Print Counselor's Name     Counselor's Signature     Date of Response

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: _____/_____/_____ | Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

Chief Administrative Officer's Signature     Date

Printed on Recycled Paper     Exhibit G

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

I sent another grievance, While in
X-house (P.C.) to Counselor Butkie-
wick on 2/8/16 Concerning P.C
and the My unanswered grievances.
I did Not received a reply from
either Counselors. So I sent a
third grievance to Counselor Winters
on 7/12/16 asking her to find out
the result of the unanswered
grievances I sent on the above
dates. See attached grievance.

Relief Requested: To find out
Why My grievances have Not been
answered Concerning the above
matters, within a reasonable time.
————— END OF REPORT —————

file Copy

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

X - UW - 2

| Date: 7/12/16 | Offender: (Please Print) Dennis Taylor | ID#: R68729 |

| Present Facility: Stateville | Facility where grievance issue occurred: |

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ ADA Disability Accommodation
☐ Staff Conduct  ☐ Dietary  ☑ Medical Treatment  ☐ HIPAA
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator  ☑ Other (specify): grievance follow-up

☐ Disciplinary Report: ___/___/___
   Date of Report   Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):

ON 2/8/16 I sent a grievance to Counselor
Butkiewick in X-house P.C. requesting
permanent protection because of the
repeated threats I received from
inmate People # K51695 and his mob.
The grievance also Complaint that I
had not received a respond to the
grievance I sent out from F-house
on 1/18/15 about Solo Deathrow —

Relief Requested:  ( Continue on back )

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____ Offender's Signature     R68729  7/12/16
                                         ID#      Date
(Continue on reverse side if necessary)

**Counselor's Response** (If applicable)

Date Received: 7/20/16   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to
                                                                    Administrative Review Board, P.O. Box 19277,
                                                                    Springfield, IL 62794-9277

Response: Per Grievance Officer, that grievance was returned
to the Counselor on 2/28/16 to address the issues
it was never returned to their office

T. Butler-Winters          _____          7/20/16
Print Counselor's Name     Counselor's Signature     Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___   Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
                                                                                  ☐ No; an emergency is not substantiated.
                                                                                  Offender should submit this grievance
                                                                                  in the normal manner.

_____          ___/___/___
Chief Administrative Officer's Signature     Date

Distribution: Master File; Offender          Page 1          DOC 0046 (8/2012)
                        Printed on Recycled Paper   Exhibit G

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE (Continued)**

and placement Not responding to my
request to be moved out of the cell
with Peoples because of the threats he
placed on my life. It has been over
five months and I need to know what
happened with the grievance before
I can appeal of to Springfield.

Relief Requested: to find out the
result of the grievance I sent to
Counselor Burk Rodework ON 2/8/16.
—————— END OF REPORT ——————

H                    Page 1 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

X-UW-02

| Date: 8/8/16 | Offender: (Please Print) Dennis Taylor | ID#: R68729 |
|---|---|---|
| Present Facility: Stateville CC | Facility where grievance issue occurred: | |

**NATURE OF GRIEVANCE:**

| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time GRIEVANCE OFFICE | ☐ Disability |
| ☐ Staff Conduct | ☐ Dietary | ☐ Medical Treatment | ☐ HIPAA |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator AUG 10 2016 | | ☒ Other (specify): have Gall's placed on My ICS list |
| ☐ Disciplinary Report: ___/___/___ Date of Report | | 3188 Facility where issued | |

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

**Brief Summary of Grievance:** Warden Pfister, I sent a PoCo request + grievance to my PoCo Counselor that addressed my reason for PoCo (See attached requests). She informed me that my PoCo denial by Stateville will be reviewed by A.R.B. She also informed me that my request to have said Gall's placed on my keep separate list should be addressed with I.A. and this Institution. (over) See also attached letter

**Relief Requested:** Have the Gall's Whom Names are attached to this grievance placed on my keep separate list, immediately

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature    K68729    8, 8, 16
ID#    Date

(Continue on reverse side if necessary)

---

| **Counselor's Response** (if applicable) | |
|---|---|
| Date Received: ___/___/___ | ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
| Response: _____ | |
| _____ | |
| _____ | |
| _____ | |
| Print Counselor's Name ___ Counselor's Signature ___ Date of Response ___ | |

---

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: 8, 10, 16 | Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance    ☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
| Chief Administrative Officer's Signature | 8, 11, 16 Date |

Distribution: Master File; Offender          Page 1          DOC 0046 (Rev. 3/2005)

Exhibit H

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

I reported the Specific Names of the
G.D.'s behind these threats on my life,
and to my knowledge, the matter has
not been investigated nor have any of
the G.D.'s (except Peoples) been placed on
my keep Separate lists. See attached
PLRA Request Affidavit to end report

**PROTECTIVE CUSTODY REQUEST / AFFIDAVIT**

ON June 30, 2016, I was released from P.C. back into general population (F-house). While moving into Cell #442, G.D. (Gangster Disciples) members: G-Ball, Estelle, Big Tone Whari, and a few other G.D.'s yelled from their cells, and told me that "If you don't sign your ass back into P.C. today (6/30/16) you're a dead man." These threats and intimidation started after I was assaulted by one of its members (Peoples #K51695) on 11/27/15. This is my third time signing into P.C. because of the repeated threats on my life from the G.D.'s that I come in direct contact with for We are all stripers. However, None of the above G.D.'s except Peoples have been placed on my keep Separate list, even though, I've reported the specific mob, and individuals behind these threats, to IDOC officials. This deliberate indifference for my safety is exposing me to serious harm, and risk of being assaulted again by a G.D. Because, each time the administration and ARB released me back into general population, I come into direct contact with the above individuals and its mob whom continues to threaten to carry out a hit on me for snitching on one of its Member (Peoples).

CC:

Director (acting) John Baldwin
Warden Randy Pfister
IA. Supervisor Tanner
IA. Supervisor Sullivan
ARB Review Members:
Super. Terri Anderson,
Sarah Johnson, Lusde
Mc Carty, Debbie Knauer
Placement Officer:
Karen Rabideau
P.C. Review Counselor:
T. Butler Winters
Personal File

I, Dennis Taylor, declare under penalty of perjury that the foregoing is true and correct.

_D__ Taylor

Inmate / Complainant

R68729
I.D. Number
P.O. Box 112, Joliet, Il 60434
Address

8/8/2016
Date Submitted

EXHIBIT H-1

XRUW-02

I

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 8/15/2016 | Offender: (Please Print) Dennis Taylor | ID#: R68729 |
|---|---|---|

| Present Facility: | Facility where grievance issue occurred: |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ Disability
☐ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☒ Other (specify): Have 6d's Placed on wks list

☐ Disciplinary Report: _____ / _____
　　　　　　　　　　　　　Date of Report　　Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I sent a P.Co request of grievance to my P.Co Counselor that addressed my reason for P.C and the blood issue. She informed me that my Stateville's P.Co denial will be reviewed by ARB. I am currently awaiting it's decision. She also informed me that my request to have saved 6d's placed on my keep Separate list (see attached copy) Should be addressed with I.A and the administration. (continue on back)

Relief Requested: Have the 6d's whom names are attached to this grievance placed on my keep Separate list.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____　　R68729　　8, 15, 16
　　Offender's Signature　　　　　　　　　ID#　　　　　Date
　　(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** |
|---|

Date Received: 8, 22, 16　　☐ Send directly to Grievance Officer　　☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Per Intel, your request has been received and will be processed in the order of receipt

I. Butler-Winters　　　　　　　_____　8, 22, 16
Print Counselor's Name　　　　　Counselor's Signature　　　Date of Response

| **EMERGENCY REVIEW** |
|---|

Date Received: ____ / ____ / ____　Is this determined to be of an emergency nature?　☐ Yes; expedite emergency grievance
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____　　　　　　　____ / ____ / ____
Chief Administrative Officer's Signature　　　　　　　　　Date

Distribution: Master File; Offender　　　　Page 1　　　　DOC 0046 (Rev. 3/2005)
　　　　　　　　　　　　　　Printed on Recycled Paper

Exhibit I

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

I sent an emergency grievance to the
Warden on 8/8/16 and it was returned
marked "No. Emergency..." I've
reported the specific names of the
GD's behind these threats on my
life, and to my knowledge, the
matter has not been investigated
Nor have any of the GD's (except
Peoples) been placed on my keep
separate Separate list.
— End of Report —



**ILLINOIS DEPARTMENT OF CORRECTIONS**
**HEARING OF ADMINISTRATIVE REVIEW BOARD**
**VIDEO CONFERENCE**

*DATE OF HEARING*: August 15, 2016

*INSTITUTION*: Stateville Correctional Center, Crest Hill, Illinois

*GRIEVANT NAME*: Dennis Taylor, Register No. R68729

*BOARD MEMBERS PRESENT*: Sherry Benton, Administrative Review Board Chairperson, Office of Inmate Issues, Department of Corrections.

Grievant was personally interviewed by the Administrative Review Board. All information submitted to the Board by the Grievant, and the institution related to the issue being grieved, was reviewed. Issues warranting further action / consideration were discussed with the Stateville Correctional Center administration.

Nature of Grievance: Offender Taylor is grieving denial of protective custody.

Findings: The Board notes the offender is currently serving a Life sentence (Direct From Court 2/25/08). The Grievant has been housed at Stateville Correctional Center ever since.

An affiliation with an STG is not noted. The Board notes Grievant has declared the following enemies currently at Stateville: Christopher Peoples K51695. The Grievant has been declared as an enemy (currently incarcerated within Stateville) by: no one.

The Board reviewed the Protective Custody vote sheet. Grievant requested Protective Custody placement, stating the following (in summary): on June 30th, while moving from PC (kick out), some G.D.'s told me that if I didn't sign my ass back in, that I was a dead man. The no-vote rationale indicates no sufficient verifiable information to warrant continued Protective Custody placement. The CAO concurred on July 28, 2016.

Offender's statement to ARB: You should have copies of my affidavits. Everything that's stated in there is my statement. I just had threats yesterday. If I come out of PC they will get me. Please refer to my affidavits for all questions. *This office reviewed Taylor's affidavits.*

This office contacted Stateville Intel Staff regarding Taylor's claims.

Recommendations: Based on a total review of all available information, it is the opinion of the Board that the Grievant **has not** provided sufficient verifiable information to warrant the offender's retention in Protective Custody, and therefore, should be placed back into general population. While at Stateville, Warden is to ensure Taylor is kept separate from his declared enemies.

FOR THE BOARD: *Sherry Benton*

Sherry Benton
Administrative Review Board Chairperson
Office of Inmate Issues

CONCURRED: *John R Baldwin* August 15, 2016

John R. Baldwin
Acting Director

cc:　Warden, Stateville Correctional Center
　　　Dennis Taylor, Register No. R68729

*Exhibit 5*

Bruce Rauner
Governor



John Baldwin
Acting Director

### The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

November 1, 2016

Dennis Taylor
Register No. R68729
Stateville Correctional Center     $X - UW-03$

Dear Mr. Taylor:

This is in response to your recent request, and subsequent denial, for Protective Custody placement. This office has determined the issue will be addressed without a formal hearing.

In accordance with DR 501D, on September 27, 2016, the Administration of Stateville Correctional Center notified you that your request for protective custody (PC) was denied; for which you chose to grieve.

This Board has reviewed your PC requests on the following dates: April 20, 2016, June 15, 2016 and August 15, 2016. Upon review, the Director denied each of these requests. During each of these reviews, your rationale for needing PC is centered around an altercation you had November 17, 2015 with Offender Peoples. Since January 4, 2016, Offender Peoples has been listed as your declared KSF.

In reviewing the past Hearing information, as well as current information provided by Stateville, this office finds no reason to reverse past decisions; as the reason for your PC request has not changed.

Based on a total review of all available information, it is the opinion of this office that the request for PC be denied and Taylor is to be placed back into General Population.

FOR THE BOARD: *Sherry Benton*

Sherry Benton
Administrative Review Board
Office of Inmate Issues

CONCURRED: *John R. Baldwin*

John R. Baldwin
Acting Director

cc:   Warden, Stateville Correctional Center
      Dennis Taylor, Register No. R68729

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

*www.illinois.gov idoc*

Exhibit K



# STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** TAYLOR, DENNIS     **IDOC Number:** R68729     **Race:** BLK

**Hearing Date/Time:** 1/28/2016   12:00 PM     **Living Unit:** STA-F-02-04     **Orientation Status:** N/A

**Incident Number:** 201600323/1 - STA     **Status:** Expunged Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 11/27/2015 | 201600323/1-STA | SAPIA, LOUIS A | F-HOUSE BULL PEN | 08:15 PM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 301 | Fighting<br>Comments: INMATE PEOPLES K51695 | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|------------|--------------|----------------|

**No Witness Requested**

## RECORD OF PROCEEDINGS
Inmate Taylor R68729 present and DR read. Inmate Taylor R68729 pleads not guilty and states he went to IA because he was assaulted and felt his life was in danger. He never signed a statement which said that he and his cellmate had an altercation. Peoples struck him with a fan motor. Peoples threatened him by saying if he told about the assault he would have someone get him.

## BASIS FOR DECISION
Medical records verify inmate Taylor R68729 was sent to the outside hospital on 11/27/2015 for a laceration to the head.

## DISCIPLINARY ACTION *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|-------------|-------|
| | ---- E X P U N G E D ---- |

**Basis for Discipline:**

### Signatures
**Hearing Committee**

| | Signature | Date | Race |
|---|---|---|---|
| BEST, CHARLES F - Chair Person | | 01/28/16 | BLK |
| HARRIS, CYNTHIA | | 01/28/16 | BLK |

Recommended Action Approved

**Final Comments:** N/A

RANDY S PFISTER / NRL 1/29/2016       Signature     01/29/16

**Chief Administrative Officer**       **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

**Employee Serving Copy to Committed Person**       **When Served -- Date and Time**

Exhibit II

# STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** TAYLOR, DENNIS      **IDOC Number:** R68729   *m5135*      **Race:** BLK

**Hearing Date/Time:** 11/17/2015   09:37 AM      **Living Unit:** STA-F-01-54      **Orientation Status:** N/A

**Incident Number:** 201503299/1 - STA      **Status:** Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 11/5/2015 | 201503299/1-STA | PARKER, YRHYNEST E | INMATE COMMISSARY | 02:00 PM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 102 | Assaulting Any Person - Staff<br>Comments:HIT C/O'S HAND | Guilty |
| 304 | Insolence | Guilty |
| 305 | Theft | Guilty |
| 403 | Disobeying A Direct Order | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|------------|--------------|----------------|

**No Witness Requested**

## RECORD OF PROCEEDINGS

Inmate Taylor R68729 present and DR read. Taylor R68729 pleads not guilty. Taylor R68729 says this stems from 3 months ago. Taylor R68729 says he shook me down and felt my reading glasses. I told him I wasn't going to strip in front of women. I did walk away to be closer to the other people. This was all planned by the C/O I didn't have a candy bar was found on me.

## BASIS FOR DECISION

R/O started that while he was conducting a shakedown on Inmate Taylor R68729, and felt a hard item inside Inmate Taylor waist band.
R/O asked Taylor R68729 to remove the item from his waistband and Taylor R68729 replied, "what are you talking about?"
R/O then tried to proceed with shakedown when inmate Taylor R68729 smacked the R/Os hand and stated, "what the fuck are you dong?"
Inmate Taylor was told not to move and he proceded to walk away towards the docking area of the commissary.
Lt was notified and then told Inmate Taylor R68729 to remove whatever was in his waistband, Taylor R68729 stated, "I ain't got shit." Inmate Taylor R68729 then proceeded to run.
R/O retrieved 2 chocolate candy bars and Ambi face cream.
Inmate Taylor R68729 was identified by his stae issued id.
The committee is satisfie dthat inamte Taylor R68729 did in fact violate the charges cited.

## DISCIPLINARY ACTION   *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|-------------|-------|
| 3 Months C Grade | 3 Months C Grade |
| 3 Months Segregation | 3 Months Segregation |
| 3 Months Commissary Restriction | 3 Months Commissary Restriction |
| 6 Months Contact Visits Restriction | 6 Months Contact Visits Restriction |

**Basis for Discipline:NATURE OFFENSE**

## Signatures
### Hearing Committee

| | | Signature | Date | Race |
|---|---|---|---|---|
| JACOB, EDWARD | - Chair Person | | 11/17/15 | BLK |
| SANDERS, SYTERA L | | | 11/17/15 | BLK |

Recommended Action Approved

Exhibit

# STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** TAYLOR, DENNIS      **IDOC Number:** R68729      **Race:** BLK

**Hearing Date/Time:** 11/17/2015  09:37 AM      **Living Unit:** STA-F-01-54      **Orientation Status:** N/A

**Incident Number:** 201503299/1 - STA      **Status:** Final

**Final Comments:** N/A

---

RANDY S PFISTER / NRL  11/18/2015                        11/18/15

**Chief Administrative Officer**             Signature             Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

**Employee Serving Copy to Committed Person**          When Served  - - Date and Time

Exhibit M

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: _Taylor, Dennis_     Date: _4/5/16_

Register # _R68729_

Facility: _Stateville CC_

This is in response to your grievance received on ___1/6/16___. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _12/4/15_   Grievance Number: _4957_   Griev Loc: _S'ville_

○ Transfer denied by the Facility or Transfer Coordinator

○ Dietary _____

○ Personal Property _____

○ Mailroom/Publications _____

○ Assignment (job, cell) _____

○ Commissary _____

○ Trust Fund _____

○ Conditions (cell conditions, cleaning supplies)

☒ Disciplinary Report dated _11/5/15_
Incident # _201503249/1-STA_

○ Other _____

Based on a review of all available information, this office has determined your grievance to be:

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

○ Denied, in accordance with DR504F, this is an administrative decision.

☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

☒ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: _____

FOR THE BOARD: _Leslie McCarty_     CONCURRED: _John R. Baldwin_
Leslie McCarty
Administrative Review Board

John R. Baldwin
Acting Director
4/13/16

CC: Warden, _Stateville_ Correctional Center
_Taylor, Dennis_ , Register No. _R68729_

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

Exhibit N

Bruce Rauner
Governor





John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

June 8, 2016

Dennis Taylor, R68729
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

**Re:    Freedom of Information Act Request #160606063**

Dear Mr. Taylor:

This letter is in response to your request to the Illinois Department of Corrections for information pursuant to the Illinois Freedom of Information Act, 5 ILCS 140/1, et seq.

You have requested Stateville Correctional Center Institutional Directive 05.03.14 and Administrative Directive 05.03.14. The Illinois Department of Corrections does not maintain or possess records responsive to your requests.

In the event you view this response as a denial of your request, you have a right to have the denial reviewed by the Public Access Counselor (PAC) at the Office of the Illinois Attorney General. 5 ILCS 140/9.5(a). You can file your request for review with the PAC to:

Public Access Counselor
Office of the Attorney General
500 South 2nd Street
Springfield, Illinois 62706

You also have the right to seek judicial review of your denial by filing a lawsuit in the state circuit court, pursuant to 5 ILCS 140/11.

If you choose to file a request for review with the PAC, you must do so within 60 calendar days of the date of this denial letter (5 ILCS 140/9.5(a)). Please note that you must include a copy of your original FOIA request and this denial letter when filing a request for review with the PAC.

Sincerely,
Lisa Weitekamp
Freedom of Information Officer

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

If you choose to file a request for review with the PAC, you must do so within 60 calendar days of the date of this denial letter (5 ILCS 140/9.5(a)).  Please note that you must include a copy of your original FOIA request and this denial letter when filing a request for review with the PAC.

Sincerely,
Lisa Weitekamp
Freedom of Information Officer

Exhibit O





## OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

Lisa Madigan
ATTORNEY GENERAL

June 30, 2016

*Via electronic mail*
Mr. Joel Diers
Legal Counsel
Illinois Department of Corrections
1301 Concordia Court
P.O. Box 19277
Springfield, Illinois 62794
JOEL.DIERS@doc.illinois.gov

RE: FOIA Request for Review – 2016 PAC 42608; IDOC # 160606063

Dear Mr. Diers:

The Public Access Bureau has received the attached Request for Review of the response by the Illinois Department of Corrections (IDOC) to a June 1, 2016, Freedom of Information Act (FOIA) request submitted by Mr. Dennis Taylor. We have determined that further action is warranted.

On June 1, 2016, Mr. Taylor submitted a FOIA request to IDOC seeking a copy of Institutional Directive 05.03.14 and Administrative Directive 05.03.14, which he asserts pertain to IDOC rules and policies regarding weapon violations and staff assaults. On June 8, 2016, IDOC responded by indicating that it did not maintain or possess any records responsive to the request. On June 24, 2016, this office received Mr. Taylor's Request for Review contesting IDOC's response.

As required under section 9.5(c) of FOIA (5 ILCS 140/9.5(c) (West 2014)), please provide a detailed explanation of the search IDOC performed to locate records responsive to Mr. Taylor's request. In your response, clarify if IDOC does possess any records regarding IDOC and/or Stateville Correctional Center rules and policies concerning weapon violations and staff assaults. If IDOC does possess responsive records and wishes to assert that those records are exempt from disclosure, please provide un-redacted copies of the records, for our confidential review, together with a written explanation that identifies the relevant section 7 exemption(s) (5 ILCS 140/7 (West 2014), as amended by Public Acts 99-298, effective August

*Exhibit D*

Mr. Joel Diers
June 30, 2016
Page 2

6, 2015; 99-346, effective January 1, 2016) and provides a detailed legal and factual basis for the application of the exemption(s). If you believe that other documents or information would help us as we review these issues, you may submit additional records or affidavits with the requested information.

This information must be submitted to our office within seven (7) business days after receipt of this letter. Under FOIA, "[t]he Public Access Counselor shall forward a copy of the answer to the person submitting the request for review, with any alleged confidential information to which the request pertains redacted from the copy. The requester may, but is not required to, respond in writing[.]" 5 ILCS 140/9.5(d) (West 2014). **If you claim that any portion of your written response is confidential, please send two versions of your response letter: a complete copy for this office's confidential review and a redacted version suitable for this office to forward to the requester.**

If you have questions or would like to discuss this matter, you may contact me by e-mail at sbarnaby@atg.state.il.us or by mail at the Chicago address listed on the bottom of the first page of this letter. Thank you.

Very truly yours,

SHANNON BARNABY
Assistant Attorney General
Public Access Bureau

Attachment

cc:     Mr. Dennis Taylor, N92228 (will receive letter only)
        Stateville Correctional Center
        P. O. Box 112
        Joliet, Illinois 60434

*Exhibit P*



**Bruce Rauner**
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

July 1, 2016



Ms. Shannon Barnaby
Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago, IL 60601

**Re:    Request for Review 2016 PAC 42608 (IDOC # 160606063)**

Dear Ms. Barnaby:

Please accept this as our response to the Request for Review submitted by Dennis Taylor, as described in your letter dated June 30, 2016. Mr. Taylor requested Administrative and Institutional Directive 05.03.141 regarding Weapon Violators/Staff Assaulters from the Illinois Department of Corrections ("IDOC"). I can confirm that IDOC does not possess or maintain records corresponding to the numbers given by Mr. Taylor.

Upon receipt of the request from Mr. Taylor, the IDOC Freedom of Information Office contacted IDOC and Stateville Correctional Center Policy and Directives units and were informed that no policies exist under those numbers.

Some individual facilities maintain Institutional Directives regarding Weapons Violators and Staff Assaulters but, IDOC routinely denies them based on their relation to the security of a correctional facility.

Joel M. Diers
Freedom of Information Office

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Exhibit D





## OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

Lisa Madigan
ATTORNEY GENERAL

July 13, 2016

Mr. Dennis Taylor, R68729
Stateville Correctional Center
P. O. Box 112
Joliet, Illinois 60434

RE: FOIA Request for Review – 2016 PAC 42608

Dear Mr. Taylor:

The Public Access Bureau has received the enclosed response letter to your Request for Review from the Illinois Department of Corrections (IDOC).

You may, but are not required to, reply in writing to the public body's response. If you choose to reply, you must submit your reply to this office within seven (7) working days of your receipt of this letter. 5 ILCS 140/9.5(d) (West 2014). Please send a copy of your reply to Mr. Diers as well. You may contact me at the Chicago office listed below if you have any questions. Thank you.

Very truly yours,

SHANNON BARNABY
Assistant Attorney General
Public Access Bureau

Enclosure

cc: *Via electronic mail*
Mr. Joel Diers (will receive letter only)
Legal Counsel
Illinois Department of Corrections
1301 Concordia Court, P. O. Box 19277
Springfield, Illinois 62794
joel.diers@doc.illinois.gov

Exhibit Q





## OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

Lisa Madigan
ATTORNEY GENERAL

October 18, 2016

Mr. Dennis Taylor, R68729
Stateville Correctional Center
P. O. Box 112
Joliet, Illinois 60434

RE: FOIA Request for Review – 2016 PAC 42608

Dear Mr. Taylor:

The Public Access Bureau has received your inquiry concerning the status of your Request for Review of the response by the Illinois Department of Corrections (IDOC) to your June 1, 2016, Freedom of Information Act (FOIA) (5 ILCS 140 *et. seq.* (West 2014)) request. Your Request for Review is currently under consideration. Once we issue a determination, we will send a copy to you as well as to IDOC.

You may contact me by mail at the Chicago address listed below if you have any further questions. Thank you.

Very truly yours,

SHANNON BARNABY
Assistant Attorney General
Public Access Bureau

*Exhibit R*

ILLINOIS DEPARTMENT OF CORRECTIONS

**COMMITTED PERSON'S GRIEVANCE**

W 8 | 2

| Date: 12/14/2016 | Committed Person: (Please Print) Dennis Taylor | ID#: R68729 |
|---|---|---|
| Present Facility: Menard CC | Facility where grievance issue occurred: | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability

☐ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☒ Other (specify): Unconst.

☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    Prisoner Conditions

☐ Disciplinary Report: ___/___/___    Date of Report        Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
Administrative Officer.

**Brief Summary of Grievance:** I was told by Menard Officials
that, starting Immediately Strippers Visits
will be hold behind glass. I am governen
over this current rule, as well as the
Weapon Violation / Staff Assaulters policy,
Where the policy is unconstitudenal
restictive too, and even harsh, under the
8th Amendment of the United States, see
Rhodes v Chapman 452 U.S. 337, 346
(1981)

**Relief Requested:** have Violation restored, and take
me out of the above status

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Taylor      R68729 12, 14 2016

Committed Person's Signature      ID#      Date

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** |
|---|

Date Received: 12/16/16    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Administrative decision:

Cindy Meyers CCI      Cindy Meyer      12,20,16

Print Counselor's Name      Counselor's Signature      Date of Response

| **EMERGENCY REVIEW** |
|---|

Date Received: ___/___/___    Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature      ___/___/___ Date

Printed on Recycled Paper   Exhibit S

Dennis Trotter
AR68729
P.O. Box 1000
Menard, IL
62259

**01/19/2017-1**

Correspondence From IDOC Inmate

-LEGAL MAIL-

U.S. POSTAGE ▶ PITNEY BOWES

ZIP 62259 **$ 006.70⁰**
02 1W
0001389078 JAN. 17. 2017

PC

**RECEIVED**

JAN 1 9 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**PRIORITY MAIL**

UNITED STATES POSTAL SERVICE

Visit us at usps.com

Label 107R, January 2008

U.S. District Court
Northern District of Illinois, Eastern Div.
219 South Dearborn
20th Floor
Chicago, Illinois
60604

Legal Mail

Privilged

**1:17-cv-0442**
**Judge Thomas M. Durkin**
**Magistrate Judge Sheila M. Finnegan**
**PC5**