

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**
**MAR 03 2017**
**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Dennis Taylor,
Plaintiff

v.

Randy Pfister, et all,
Defendant(s).

IN FORMA PAUPERIS APPLICATION AND FINANCIAL AFFIDAVIT

Case Number: 17 C 0441

Judge: Thomas M. Durkin

**Instructions:** Please answer every question. Do not leave any blanks. If the answer is "none" or "not applicable (N/A)," write that response. Wherever a box is included, place a ✓ in whichever box applies. If you need more space to answer a question or to explain your answer, attach an additional page that refers to each such question by number and provide the additional information. Please print or type your answers.

Application: I, Dennis Taylor, declare that I am the ☒ plaintiff ☐ petitioner ☐ movant ☐ (other N/A ) in the above-entitled case. This affidavit constitutes my application to proceed ☒ without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I declare that I am unable to pay the costs of these proceedings, and I believe that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of my application, I answer the following questions under penalty of perjury.

1. Are you currently incarcerated? ☒ Yes ☐ No
   (If "No" go to question 2.)
   ID #: R68729  Name of prison or jail: Menard CC
   Do you receive any payment from the institution? ☒ Yes ☐ No
   Monthly amount: $10.00

2. Are you currently employed? ☐ Yes ☒ No
   A. If the answer is "yes," state your:
      Monthly salary or wages: N/A
      Name and address of employer: N/A

   B. If the answer is "no," state your:
      Beginning and ending dates of last employment: N/A
      Last monthly salary or wages: N/A

      Name and address of employer: N/A

3. Are you married? (Separated)  ☒ Yes ☐ No
   If the answer is "yes", is your spouse currently employed? ☐ Yes ☐ No Unknown

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/03/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

*Spouse's Monthly* salary or wages: _unknown_
Name and address of employer: _N/A_
_N/A_

4. In addition to your income stated above in response to Question 2 (which you should not repeat here), have you or anyone else living at the same residence received more than $200 in the past twelve months from any of the following sources? Place a ✓ next to "Yes" or "No" in each of the categories A through G, check all boxes that apply in each category, and fill in the twelve-month total in each category.

   A. ☐ Salary or ☐ wages     ☐ Yes    ☒ No
   Total received in the last 12 months: _N/A_
   Received by: _N/A_

   B. ☐ Business, ☐ profession or ☐ other self-employment    ☐ Yes    ☒ No
   Total received in the last 12 months: _____
   Received by: _____

   C. ☐ Rental income, ☐ interest or ☐ dividends    ☐ Yes    ☒ No
   Total received in the last 12 months: _____
   Received by: _____

   D. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ alimony or maintenance or ☐ child support    ☐ Yes    ☒ No
   Total received in the last 12 months: _____
   Received by: _____

   E. ☒ Gifts or ☐ inheritances    ☒ Yes    ☐ No
   Total received in the last 12 months: _average - $77.24, monthly_
   Received by: _family_

   F. ☐ Unemployment, ☐ welfare, or ☐ any other public assistance    ☐ Yes    ☒ No
   Total received in the last 12 months: _____
   Received by: _____

   G. ☐ Any other sources (describe source: _N/A_) ☐ Yes    ☒ No
   Total received in the last 12 months: _N/A_
   Received by: _N/A_

5. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐ Yes    ☒ No
   Total amount: _N/A_
   In whose name held: _N/A_    Relationship to you: _N/A_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/03/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

6. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐ Yes ☒ No
Property: _____N/A_____ Current value: _____N/A_____
In whose name held: _____N/A_____ Relationship to you: _____N/A_____

7. Do *you or anyone else living at the same residence* own any real estate (with or without a mortgage)? Real estate includes, among other things, a house, apartment, condominium, cooperative, two-flat, etc. ☐ Yes ☒ No
Type of property and address: _____N/A_____
Current value: _____N/A_____ Equity: _____N/A_____ (Equity is the difference between what the property is worth and the amount you owe on it.)
In whose name held: _____N/A_____ Relationship to you: _____N/A_____
Amount of monthly mortgage or loan payments: _____N/A_____
Name of person making payments: _____N/A_____

8. Do you or anyone else living at the same residence own any automobiles with a current market value of more than $1000? ☐ Yes ☒ No
Year, make and model: _____N/A_____
Current value: _____N/A_____ Equity: _____N/A_____ (Equity is the difference between what the automobile is worth and the amount you owe on it.)
Amount of monthly loan payments: _____N/A_____
In whose name held: _____N/A_____ Relationship to you: _____N/A_____
Name of person making payments: _____N/A_____

9. Do *you or anyone else living at the same residence* own any boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☐ Yes ☒ No
Property: _____N/A_____
Current value: _____N/A_____ Equity: _____N/A_____ (Equity is the difference between what the property is worth and the amount you owe on it.)
Amount of monthly loan payments: _____N/A_____
In whose name held: _____N/A_____ Relationship to you: _____N/A_____
Name of person making payments: _____N/A_____

10. List the persons who live with you who are dependent on you for support. State your relationship to each person and state whether you are entirely responsible for the person's support or the specific monthly amount you contribute to his or her support. If none, check here: ☒ None.
_____N/A_____

11. List the persons who do not live with you who are dependent on you for support. State your relationship to each person and state how much you contribute monthly to his or her support. If none, check here: ☒ None.
_____N/A_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/03/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 2/28/2017    _____
                        Signature of Applicant
                   Dennis Taylor
                        (Print Name)

**NOTICE TO PRISONERS**: In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Dennis Taylor, I.D.# R68729, has the sum of $ -1.45 on account to his/her credit at (name of institution) Menard. I further certify that the applicant has the following securities to his/her credit: ———. I further certify that during the past six months the applicant's average monthly deposit was $ 77.24. (Add all deposits from all sources and then divide by number of months).

2/24/17    Michele Prange
Date        Signature of Authorized Officer

Michele Prange
(Print Name)



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/03/2016



Trust Ofc.

| | | | | | | |
|---|---|---|---|---|---|---|
| Date: | 2/24/2017 | | | | | Page 1 |
| Time: | 10:10am | | | | | |

**Stateville Correctional Center**
**Trust Fund**
Inmate Transaction Statement

d_list_inmate_trans_statement_composite

REPORT CRITERIA - Date: 07/01/2016 thru End;  Inmate: R68729;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate: R68729 Taylor, Dennis**          **Housing Unit: STA-X -UW-03**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 48.62 |
| 07/13/16 | Payroll | 20 Payroll Adjustment | 1951241 | | P/R month of 6 2016 | .68 | 49.30 |
| 07/20/16 | Point of Sale | 60 Commissary | 2027196 | 828475 | Commissary | -32.66 | 16.64 |
| 08/03/16 | Disbursements | 83 Copies | 2163147 | Chk #189298 | JM61911, DOC: 523 Fu,  Inv. Date: 06/16/2016 | -.80 | 15.84 |
| 08/03/16 | Disbursements | 83 Copies | 2163147 | Chk #189298 | JM62223, DOC: 523 Fu,  Inv. Date: 06/27/2016 | -1.30 | 14.54 |
| 08/10/16 | Point of Sale | 60 Commissary | 2237150 | 831152 | Commissary | -12.31 | 2.23 |
| 08/11/16 | Point of Sale | 60 Commissary | 2247150 | 831281 | Commissary | 12.31 | 14.54 |
| 08/11/16 | Payroll | 20 Payroll Adjustment | 2241147 | | P/R month of 7 2016 | 7.48 | 22.02 |
| 08/12/16 | Disbursements | 83 Copies | 2253147 | Chk #189449 | JM62746, DOC: 523 Fu,  Inv. Date: 07/14/2016 | -1.00 | 21.02 |
| 08/13/16 | Mail Room | 10 Western Union | 226200 | 5291279860 | Taylor, Rachelle | 250.00 | 271.02 |
| 08/18/16 | Point of Sale | 60 Commissary | 2317229 | 832196 | Commissary | -200.00 | 71.02 |
| 09/01/16 | Disbursements | 83 Copies | 2453147 | Chk #190082 | JM63174, DOC: 523 Fu,  Inv. Date: 08/01/2016 | -.80 | 70.22 |
| 09/19/16 | Payroll | 20 Payroll Adjustment | 2631147 | | P/R month of 8 2016 | 8.50 | 78.72 |
| 09/20/16 | Point of Sale | 60 Commissary | 2647227 | 835563 | Commissary | -58.25 | 20.47 |
| 09/20/16 | Point of Sale | 60 Commissary | 2647227 | 835564 | Commissary | -2.27 | 18.20 |
| 10/03/16 | Mail Room | 15 JPAY | 277200 | 63827121 | Piszczor, Frank | 100.00 | 118.20 |
| 10/18/16 | Point of Sale | 60 Commissary | 2927239 | 837826 | Commissary | -76.49 | 41.71 |
| 10/18/16 | Payroll | 20 Payroll Adjustment | 2921263 | | P/R month of 9 2016 | 10.00 | 51.71 |
| 10/24/16 | Payroll | 20 Payroll Adjustment | 2981241 | | June 360 Backpay | 9.18 | 60.89 |
| 11/09/16 | Disbursements | 83 Copies | 3143263 | Chk #191120 | JM65513, DOC: 523 Fu,  Inv. Date: 10/27/2016 | -2.80 | 58.09 |
| 11/09/16 | Point of Sale | 60 Commissary | 3147121 | 840300 | Commissary | -40.07 | 18.02 |
| 11/14/16 | Payroll | 20 Payroll Adjustment | 3191263 | | P/R month of 102016 | 10.00 | 28.02 |
| 11/15/16 | Disbursements | 99 Transfer Inmate | 3203272 | Chk #191194 | Menard CC,  Inv. Date: 11/15/2016 | -28.02 | .00 |
| 12/13/16 | Payroll | 20 Payroll Adjustment | 3481263 | | P/R month of 112016 | 3.40 | 3.40 |
| 12/13/16 | Disbursements | 99 Transfer Inmate | 3483241 | Chk #191578 | Menard CC,  Inv. Date: 12/13/2016 | -3.40 | .00 |

| | |
|---|---|
| Total Inmate Funds: | .00 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .00 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

Date: 2/24/2017
Time: 10:04am
d_list_inmate_trans_statement_composite

**Menard Correctional Center**
Trust Fund
View Transactions

Page 1

**Inmate: R68729 Taylor, Dennis**                   **Housing Unit: MEN-W -08-12**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | | 0.00 |
| 11/18/16 | Mail Room | 04 Intake and Transfers In | 3232207 | 191194 | Stateville C.C. | | 28.02 | 28.02 |
| 11/30/16 | Mail Room | 10 Western Union | 335200 | 3120985079 | Taylor, Carloyn | | 30.00 | 58.02 |
| 11/30/16 | Disbursements | 80 Postage | 3353113 | Chk #146847 | 559121, Pitney Bowes, | Inv. Date: | -.42 | 57.60 |
| | | | | | 11/18/2016 | | | |
| 12/05/16 | Mail Room | 10 Western Union | 340200 | 5344258632 | Droney, Michael | | 100.00 | 157.60 |
| 12/06/16 | Point of Sale | 60 Commissary | 3417183 | 1294151 | Commissary | | -136.45 | 21.15 |
| 12/07/16 | Payroll | 20 Payroll Adjustment | 3421107 | | P/R month of 112016 | | 6.46 | 27.61 |
| 12/13/16 | Mail Room | 10 Western Union | 348200 | 0981159061 | Brownridge, Chia | | 100.00 | 127.61 |
| 12/15/16 | Point of Sale | 60 Commissary | 3507181 | 1297232 | Commissary | | -102.51 | 25.10 |
| 12/18/16 | Mail Room | 15 JPAY | 353200 | 66730564 | Taylor, Scottie | | 50.00 | 75.10 |
| 12/19/16 | Mail Room | 04 Intake and Transfers In | 3542207 | 191578 | Stateville C.C. | | 3.40 | 78.50 |
| 01/10/17 | Payroll | 20 Payroll Adjustment | 010159 | | P/R month of 122016 | | 7.48 | 85.98 |
| 01/12/17 | Point of Sale | 60 Commissary | 0127181 | 1301462 | Commissary | | -71.98 | 14.00 |
| 01/14/17 | Mail Room | 10 Western Union | 014200 | 7910989726 | Taylor, Carloyn | | 25.00 | 39.00 |
| 01/19/17 | Disbursements | 81 Legal Postage | 0193113 | Chk #147691 | 565081, Pitney Bowes, | Inv. Date: | -18.01 | 20.99 |
| | | | | | 01/19/2017 | | | |
| 02/08/17 | Payroll | 20 Payroll Adjustment | 0391113 | | P/R month of 1 2017 | | 5.44 | 26.43 |
| 02/09/17 | Disbursements | 84 Library | 0403113 | Chk #148039 | 565559, DOC: 523 Fun, | Inv. Date: | -25.00 | 1.43 |
| | | | | | 01/20/2017 | | | |
| 02/16/17 | Point of Sale | 60 Commissary | 0477184 | 1307607 | Commissary | | -1.18 | .25 |
| 02/17/17 | Disbursements | 84 Library | 0483207 | Chk #148195 | 567717, DOC: 523 Fun, | Inv. Date: | -.20 | .05 |
| | | | | | 02/10/2017 | | | |

| | | |
|---|---:|---:|
| Total Inmate Funds: | | .05 |
| Less Funds Held For Orders: | | .00 |
| Less Funds Restricted: | | 1.50 |
| Funds Available: | | -1.45 |
| Total Furloughs: | | .00 |
| Total Voluntary Restitutions: | | .00 |

Dennis Taylor
#R68729
West-812
P.O. Box 1000
Menard, Il
62259

Prisoner Correspondence
Clerks Office
U.S. District Court
219 South Dearborn Street
20th Floor
Chicago, Illinois
60604

Dennis Taylor
#R68729
P.O. Box 1000
Menard, Il
62259

Legal Mail
Privileged

RECEIVED
MAR 03 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT