June 27, 2017

Dennis Taylor # R68729
P.O. Box 1000
Menard, Illinois 62259

FILED
JUL 05 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Re: Case No. 17 C 0441, Judge Thomas M. Durkin: Court Appointed Attorney Inquiry

Dear Court Clerk:

The Court has informed me that my motion for appointment of counsel remains under advisement.

I understand that this process can be slow-paced. But, I'm in a vulnerable situation. When I was transferred to Menard CC, the inmate whom assaulted me, and several of his mob were also transferred here. I am constantly being threatened by the G.D. mob.

(1)

I am afraid to sign back into P.C. (protective custody), because when I was at Stateville, I was constantly denied P.C. It made the situation worse for each time that I was released back into general population, other inmates labeled me as a snitch and coward.

I've been doing my best to stay in my cell, and stay away from the G.D. mob. But when I run into some of them, they threaten to harm me the first chance they get.

I've constantly written grievances, but I haven't received any responses.

If possible, I really would appreciate it if the court would process my attorney request.

(2)

so that he/she can found out why my grievances are not being answered, and get me help.

I've written several lawyers requesting pro bone assistance, but I've been denied. The attached letters are enclosed.

Thank you in advance for any assistance you can provide.

Respectfully Submitted,

[signature]

(3)

Date: May 9, 2017

To: Kirkland & Ellis Law Firm
200 East Randolph Street
Chicago, Illinois 60601

From: Dennis Taylor #R68729
Menard Correction Center
P.O. Box 1000
Menard, Illinois 62259

Re: Pro Bono Request

Dear Legal Advocate:

I was assaulted by an inmate, and taken to an outside hospital, and received 38 staples in my head due to the prison's unsafe condition, and deliberate indifference to my safety.

I have a civil complaint that is currently in the U.S. Dist. Court for the Northern Dist. of Illinois; Case No. 17-C-0441.

I do not have an attorney, and requests that this office represent me pro bono in my civil complaint.

I look forward to your response. Thank you!

Respectfully Submitted,
[signature]

Date: ~~May~~ May 09, 2017

To: University of Chicago Law School
1111 East 60th Street
Chicago, Illinois 60637

From: Dennis Taylor # R68729
Menard Correctional Center
P.O. Box 1000
Menard, Illinois 62259

Re: Pro Bono Request

Dear Legal Advocate:

    I was assaulted by an inmate, and was taken to an outside hospital, and received 38 staples in my head due to the prison's unsafe conduction, and deliberate indifference to my safety.

    I have a civil complaint that is currently in the U.S. Dist. Court for the Northern Dist. of Illinois; Case No. 17 C 0441.

    I do not have an attorney, and requests that this office represent me pro bono on my civil complaint.

    I look forward to your response. Thank you!

Respectfully Submitted,
[signature]

Date: May 9, 2017

TO: Loyola University of Chicago
School of Law
1 East Pearson Street
Chicago, Illinois 60611

From: Dennis Taylor # R60729
Menard Correctional Center
P.O. Box 1000
Menard, Illinois 62259

Re: Pro Bono Request

Dear Legal Advocate:

I was assaulted by an inmate, and was taken to an outside hospital, and received 38 staples in my head due to the prison's unsafe conditions, and deliberate indifference to my safety.

I have a civil complaint that is currently in the U.S. Dist. Court for the Northern Dist. of Illinois; Case No. 17 C 0441.

I do not have an attorney, and requests that this office represent me pro bono in my civil complaint.

I look forward to your response.

Thank you.
Respectfully Submitted,

Date: May 9, 2017

TO: Depaul University College of Law
25 East Jackson Blvd.
Chicago, Illinois 60604

From: Dennis Taylor #R68729
Menard Correctional Center
P.O. Box 1000
Menard, Illinois 62259

Re: Pro Bono Request

Dear Legal Advocate:

I was assaulted by an inmate, and was taken to an outside hospital, and received 38 staples in my head due to the prison's unsafe condition, and deliberate indifference to my safety.

I have a civil complaint that is currently in the U.S. Dist. Court for the Northern Dist. of Illinois; Case No. 17 C 0441.

I do not have an attorney, and requests that this office represent me pro bono in my civil complaint.

I look forward to your response. Thank you!

Respectfully Submitted,

/s/ Taylor

Date: May 19, 2017

TO: John Marshell Law School
315 S. Plymouth Court
Chicago, Illinois 60604

From: Dennis Taylor #R68729
Menard Correctional Center
P.O. Box 1000
Menard, Illinois 62259

Re: Pro Bono Request

Dear Legal Advocate:

    I was assaulted by an inmate, and was rushed to an outside hospital, and received 38 staples in my head due to the prison's unsafe conduction, and deliberate indifference to my safety.

    I have a civil complaint that is currently in the U.S. Dist. Court for the Northern Dist. of Illinois; Case No. 17 C 0441.

    I do not have an attorney, and requests that this office represent me pro bono in my civil complaint.

    I look forward to your response. Thank you!

Respectfully Submitted,

D. Taylor

Dennis Taylor
#R68729
P.O. Box 1000
Menard, Il
62259

Legal Mail
Privileged

Correspondence From IDOC Inmate

-LEGAL MAIL-

U.S. POSTAGE >> PITNEY BOWES
ZIP 62259 $ 000.67⁰
02 1W
0001389078 JUN 28 2017

Prisoner Correspondence
Clerk's Office
U.S. District Court
219 South Dearborn
20th Floor
Chicago, Illinois
60604



07/05/2017-52