# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Dennis Taylor v. Randy Pfister, et al.

Case Number: 17-cv-00441

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff, Dennis Taylor

Attorney name (type or print): Mark E. Leipold

Firm: Gould & Ratner LLP

Street address: 222 N. LaSalle Street, Suite 800

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6194124
(See item 3 in instructions)

Telephone Number: 312.236.3003

Email Address: mleipold@gouldratner.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 24, 2017

Attorney signature: S/ Mark E. Leipold
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-cv-00441 |
| | ) | |
| RANDY PFISTER, et al., | ) | Hon. Thomas M. Durkin |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, Mark E. Leipold, a non-attorney, certify that on July 24, 2017, I electronically filed the foregoing **ATTORNEY APPEARANCE FORM** with the Clerk of the Court using the Court's electronic filing system which will send notification of such filing to the following:

    Randy Pfister
    Karen Rabidean
    Sgt. Deathrow
    Jacqueline Lashbrook
    c/o Prisoner Correspondence 5
    ilnd_PC5@ilnd.uscourts.gov

                                                    /s/ Mark E. Leipold
                                                        Mark E. Leipold